Certificate Number: 03088-NJ-DE-036551287

Bankruptcy Case Number: 22-13223



03088-NJ-DE-036551287

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 16, 2022, at 6:26 o'clock PM CDT, Sherry D Johnson completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   May 16, 2022                        By:      /s/Doug Tonne

Name:   Doug Tonne

Title:   Counselor