Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−13223−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Sherry D. Johnson
　23 Farnham Square
　Parlin, NJ 08859

Social Security No.:
　xxx−xx−1428

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

　NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 18, 2022.


Dated: July 19, 2022
JAN: wiq

　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Sherry D. Johnson  
    Debtor

Case No. 22-13223-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Jul 19, 2022     Form ID: plncf13     Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sherry D. Johnson, 23 Farnham Square, Parlin, NJ 08859-2311 |
| 519575721 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519561847 | + | Global Client Solutions LLC, 4343 S 118th East Ave, Ste B, Tulsa, OK 74146-4402 |
| 519561854 | | Nordstrom Card Services, PO Box 100135, Englewood, CO 80155-6566 |
| 519561856 | + | Spring Legal Group, 1201 W Peachtree St NW, Atlanta, GA 30309-3449 |
| 519561859 | | Weltman, Weinberg & Reis, 170 S. Independence Mall W, Suite 874W, Philadelphia, PA 19106-3334 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 19 2022 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 19 2022 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519561844 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 19 2022 20:48:00 | Bank of America NA, PO Box 982234, El Paso, TX 79998-2234 |
| 519561846 | | Email/Text: mrdiscen@discover.com | Jul 19 2022 20:48:00 | Discover Bank, PO Box 30943, Salt Lake City, UT 84130 |
| 519567802 | | Email/Text: mrdiscen@discover.com | Jul 19 2022 20:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519561850 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 19 2022 20:48:00 | Internal Revenue Service, ACS Support Stop 5050, PO Box 219236, Kansas City, MO 64121-9236 |
| 519561851 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 19 2022 20:48:00 | J Jill, Comenity Capital Bank, Bankruptcy Dept., PO Box 183043, Columbus, OH 43218-3043 |
| 519561852 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 19 2022 20:59:41 | JC Penney, Att: Bankruptcy Dept., PO Box 103104, Roswell, GA 30076-9104 |
| 519561858 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 19 2022 20:59:52 | TJX Rewards, PO Box 15298, Wilmington, DE 19850-5298 |
| 519561845 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 19 2022 20:59:30 | Chase-Amazon, PO Box 36520, Louisville, KY 40233-6520 |
| 519626368 | + | Email/Text: RASEBN@raslg.com | Jul 19 2022 20:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519636093 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 19 2022 20:59:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519561853 | | Email/Text: Bankruptcy@mjrf.com | Jul 19 2022 20:48:00 | Mullooly, Jeffrey, Rooney & Flynn, PO Box 9036, Syosset, NY 11791-9036 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519629888 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 19 2022 20:49:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519644332 | | Email/Text: bnc-quantum@quantum3group.com | Jul 19 2022 20:48:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519561855 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 19 2022 20:49:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519577454 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 19 2022 20:49:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519561857 | | Email/PDF: gecsedi@recoverycorp.com | Jul 19 2022 20:59:53 | Synchrony Bank, Att: Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 519649513 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 19 2022 20:59:41 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519563542 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 19 2022 20:59:42 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519561849 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519561848 | * | Internal Revenue Service, Insolvency Unit, PO Box 744, Springfield, NJ 07081 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2022       Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren Brumel | |

District/off: 0312-3 User: admin Page 3 of 3
Date Rcvd: Jul 19, 2022 Form ID: plncf13 Total Noticed: 26

on behalf of Debtor Sherry D. Johnson wbrumel@keyportlaw.com  brumellawecf@gmail.com;wbrumel@keyportlaw.com

TOTAL: 4