Office Mailing Address:

Albert Russo, Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:

Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 22-13223 / MBK**

Sherry D. Johnson

Petition Filed Date: 04/21/2022
341 Hearing Date: 05/26/2022
Confirmation Date: 07/13/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/12/2022 | $890.00 | 103163 | 05/27/2022 | $890.00 | 103243 | 07/05/2022 | $890.00 | 103454 |
| 08/02/2022 | $890.00 | 103638 | 08/31/2022 | $890.00 | 103881 | 10/05/2022 | $890.00 | 104050 |
| 10/31/2022 | $890.00 | 104245 | 12/02/2022 | $890.00 | 88594850 | 01/04/2023 | $890.00 | 89202900 |
| 01/30/2023 | $890.00 | 89648810 | 03/02/2023 | $890.00 | 90313710 | | | |

**Total Receipts for the Period:  $9,790.00   Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing:  $9,790.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | | **CLAIMS AND DISTRIBUTIONS** | | | |
| 0 | Sherry D. Johnson | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Warren Brumel, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $15,924.19 | $0.00 | $15,924.19 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2020-2021 | Priority Crediors | $5,201.12 | $4,705.80 | $495.32 |
| 3 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $211.32 | $0.00 | $211.32 |
| 4 | BANK OF AMERICA | Unsecured Creditors | $16,410.10 | $0.00 | $16,410.10 |
| 5 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»» P/23 FARNHAM SQ/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 6 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $1,035.02 | $0.00 | $1,035.02 |
| 7 | NORDSTROM FSB<br>»» TD BANK | Unsecured Creditors | $132.77 | $0.00 | $132.77 |
| 8 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,415.24 | $0.00 | $1,415.24 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» J JILL | Unsecured Creditors | $783.71 | $0.00 | $783.71 |
| 10 | SYNCHRONY BANK<br>»» HOME DESIGN | Unsecured Creditors | $4,554.31 | $0.00 | $4,554.31 |
| 11 | SYNCHRONY BANK<br>»» JC PENNY MC | Unsecured Creditors | $7,927.10 | $0.00 | $7,927.10 |

**Chapter 13 Case No. 22-13223 / MBK**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,790.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $8,205.80 | Current Monthly Payment: | $890.00 |
| Paid to Trustee: | $758.28 | Arrearages: | $0.00 |
| Funds on Hand: | $825.92 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or
scan this code to get started.**

