B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re _SHERRY D JOHNSON_____ ,                    Case No. _3-22-BK-13223_____

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_LVNV Funding LLC_____              SYNCHRONY BANK C/O PRA RECEIVABLES MANAGEMENT, LLC
Name of Transferee                              Name of Transferor

Name and Address where notices to transferee        Court Claim # (if known): _____9_____
should be sent: LVNV Funding LLC                     Amount of Claim: _____4,554.31_____
       PO Box 10587                     Date Claim Filed: _____6/29/2022_____
       Greenville SC 29603

Phone: _(877) 264-5884_____        Phone: _____
Last Four Digits of Acct #: _____3463_____     Last Four Digits of Acct. #: ___3463___

Name and Address where transferee payments
should be sent (if different from above):
       Resurgent Capital Services
       PO Box 10587
       Greenville, SC  29603
Phone: _(877) 264-5884_____
Last Four Digits of Acct #:_____3463_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Helga Ridgeway_____        Date: _5/11/2023_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.