Office Mailing Address:                                     Send Payments **ONLY** to:

Albert Russo, Trustee                                       Albert Russo, Trustee

PO Box 4853                                               PO Box 933

Trenton, NJ  08650-4853                                  Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
### Chapter 13 Case No. 22-13223 / MBK

Sherry D. Johnson                                      Petition Filed Date: 04/21/2022

                                              341 Hearing Date: 05/26/2022

                                          Confirmation Date: 07/13/2022

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2023 | $890.00 | 89202900 | 01/30/2023 | $890.00 | 89648810 | 03/02/2023 | $890.00 | 90313710 |
| 04/04/2023 | $890.00 | 90933020 | 05/02/2023 | $890.00 | 91448580 | 05/30/2023 | $890.00 | 91923850 |
| 07/03/2023 | $890.00 | 92512270 | 08/02/2023 | $890.00 | 93067220 | 09/05/2023 | $890.00 | 93627280 |
| 10/03/2023 | $890.00 | 94135320 | 11/02/2023 | $890.00 | 94633640 | 12/04/2023 | $890.00 | 95138470 |
| 01/02/2024 | $890.00 | 95580600 | | | | | | |

**Total Receipts for the Period: $11,570.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $18,690.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Sherry D. Johnson | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Warren Brumel, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $15,924.19 | $2,276.52 | $13,647.67 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2020-2021 | Priority Creditors | $5,201.12 | $5,201.12 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $211.32 | $19.48 | $191.84 |
| 4 | BANK OF AMERICA | Unsecured Creditors | $16,410.10 | $2,345.98 | $14,064.12 |
| 5 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»» P/23 FARNHAM SQ/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 6 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $1,035.02 | $147.97 | $887.05 |
| 7 | NORDSTROM FSB<br>»» TD BANK | Unsecured Creditors | $132.77 | $16.74 | $116.03 |
| 8 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,415.24 | $202.33 | $1,212.91 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» J JILL | Unsecured Creditors | $783.71 | $98.82 | $684.89 |
| 10 | LVNV FUNDING LLC<br>»» HOME DESIGN/SYNCHRONY | Unsecured Creditors | $4,554.31 | $651.08 | $3,903.23 |
| 11 | LVNV FUNDING LLC<br>»» JC PENNY MC/SYNCHRONY | Unsecured Creditors | $7,927.10 | $1,133.25 | $6,793.85 |

**Chapter 13 Case No. 22-13223 / MBK**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,690.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $15,593.29 | Current Monthly Payment: | $890.00 |
| Paid to Trustee: | $1,438.24 | Arrearages: | $0.00 |
| Funds on Hand: | $1,658.47 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**

