Office Mailing Address:

Albert Russo, Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:

Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 22-13223 / MBK**

Sherry D. Johnson

Petition Filed Date: 04/21/2022
341 Hearing Date: 05/26/2022
Confirmation Date: 07/13/2022

Case Status: Open / Confirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2024 | $890.00 | 95580600 | 02/02/2024 | $890.00 | 96145630 | 03/04/2024 | $890.00 | 96635620 |
| 04/02/2024 | $890.00 | 97152230 | 05/02/2024 | $890.00 | 97656670 | 06/04/2024 | $890.00 | 98177470 |
| 07/03/2024 | $890.00 | 98620810 | 08/02/2024 | $890.00 | 99106390 | 09/04/2024 | $890.00 | 99617820 |
| 10/02/2024 | $890.00 | 10007062 | 11/04/2024 | $890.00 | 10056902 | 12/03/2024 | $890.00 | 10100904 |

**Total Receipts for the Period: $10,680.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $29,370.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Sherry D. Johnson | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Warren Brumel, Esq. »» ATTY DISCLOSURE | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $15,924.19 | $5,564.74 | $10,359.45 |
| 2 | INTERNAL REVENUE SERVICE »» 2020-2021 | Priority Creditors | $5,201.12 | $5,201.12 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $211.32 | $73.84 | $137.48 |
| 4 | BANK OF AMERICA | Unsecured Creditors | $16,410.10 | $5,734.55 | $10,675.55 |
| 5 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC »» P/23 FARNHAM SQ/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 6 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $1,035.02 | $361.69 | $673.33 |
| 7 | NORDSTROM FSB »» TD BANK | Unsecured Creditors | $132.77 | $32.60 | $100.17 |
| 8 | LVNV FUNDING LLC »» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,415.24 | $494.56 | $920.68 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR »» J JILL | Unsecured Creditors | $783.71 | $260.68 | $523.03 |
| 10 | LVNV FUNDING LLC »» HOME DESIGN/SYNCHRONY | Unsecured Creditors | $4,554.31 | $1,591.49 | $2,962.82 |
| 11 | LVNV FUNDING LLC »» JC PENNY MC/SYNCHRONY | Unsecured Creditors | $7,927.10 | $2,770.14 | $5,156.96 |

**Chapter 13 Case No. 22-13223 / MBK**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $29,370.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $25,585.41 | Current Monthly Payment: | $890.00 |
| Paid to Trustee: | $2,128.88 | Arrearages: | $0.00 |
| Funds on Hand: | $1,655.71 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE***!  Register today at www.ndc.org or**
**scan this code to get started.**

